**ADISHIAN LAW GROUP, P.C.**
Christopher M. Adishian, Esq. [#172511]
Cynthia Y. Sun, Esq. [#245123]
Pacific Corporate Towers
222 N. Sepulveda Blvd., Ste. 2000
El Segundo, California 90245
Telephone: 310.726.0888
Facsimile: 866.350.0888

Attorneys for Plaintiff Samira Judeh

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIRA JUDEH, an individual<br><br>Plaintiff,<br><br>V.<br><br>DIGILANT, INC., a Delaware corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-05641-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION OF THE PARTIES TO ALLOW PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: January 10, 2018<br>Time: 2:00 p.m.<br>Courtroom: 9 |

///
///
///
///

1

**STIPULATION TO ALLOW PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT CMC;
[PROPOSED] ORDER; CASE NO. 3:17-cv-05641-JST**

Plaintiff Samira Judeh and Defendant Digilant, Inc. hereby agree and stipulate as follows:

WHEREAS the Case Management Conference in the above-captioned case is scheduled to take place on January 10. 2018 at 2:00 p.m. in Courtroom 9 of the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102;

WHEREAS the Court's standing order allows counsel to appear by telephone at case management conferences either by stipulation and order or by motion;

WHEREAS there is good cause to allow Plaintiff's counsel to appear by phone because Plaintiff's counsel is not local;

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT:**

Plaintiff and Defendant agree and hereby stipulate that Plaintiff's counsel of record may appear by telephone at the Case Management Conference scheduled for January 10, 2018 at 2:00 p.m. in the above-captioned Court.

Dated: January 3, 2018     **ADISHIAN LAW GROUP, P.C.**

　　　　　　　　　　　　　　**By:**


　　　　　　　　　　　　　　/s/ Christopher M. Adishian
　　　　　　　　　　　　　　CHRISTOPHER M. ADISHIAN
　　　　　　　　　　　　　　CYNTHIA Y. SUN
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　Samira Judeh

2

**STIPULATION TO ALLOW PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT CMC; [PROPOSED] ORDER; CASE NO. 3:17-cv-05641-JST**

Dated: January 3, 2018         **LITTLER MENDELSON, P.C.**

                                          **By:**

                                          /s/ Sean P. Piers
                                          JOSHUA J. CLIFFE
                                          SEAN P. PIERS
                                          Attorneys for Defendant
                                          Digilant, Inc.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff's counsel of record may appear by telephone at the Case Management Conference scheduled for January 10, 2018 at 2:00 p.m. in the above-captioned Court. Counsel shall contact the courtroom deputy in advance of the Case Management Conference to provide a direct dial number at which counsel can be reached per the Court's standing order.

**IT IS SO ORDERED.**

Dated: ___January 3, 2018___                _____
                                                      HON. JON S. TIGAR

3

**STIPULATION TO ALLOW PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT CMC; [PROPOSED] ORDER; CASE NO. 3:17-cv-05641-JST**